**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/10)        Case Number **11–12418–MM7**

## UNITED STATES BANKRUPTCY COURT
Southern District of California

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/28/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
David Henry Heil
2973 Manzanita View Road
Alpine, CA 91901

| Case Number:<br>11–12418–MM7 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–4095 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>George H. Bye<br>1901 First Avenue, First Floor<br>San Diego, CA 92101–0300<br>Telephone number: (619) 233–7502 | Bankruptcy Trustee (name and address):<br>Nancy Wolf<br>P.O. Box 420448<br>San Diego, CA 92142<br>Telephone number: (619) 239–9653 |

### Meeting of Creditors
Date: **August 23, 2011**                Time: **03:00 PM**
Location: **Office of the U.S. Trustee, 402 W. Broadway (use C St. Entrance), Suite 660, Hearing Room A, San Diego, CA 92101**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 10/24/11**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101–6991<br>Telephone number: 619–557–5620<br>Website: www.casb.uscourts.gov | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Barry K. Lander |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 7/29/11 |

# EXPLANATIONS

FORM B9A (12/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

| United States Bankruptcy Court | Case Number |
|---|---|
| Southern District of California | 11−12418−MM7 |

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE

An order for relief having been entered in the above−referenced case on 7/28/11, the following person is named Interim Trustee of the estate of the debtor:

Nancy Wolf
P.O. Box 420448
San Diego, CA 92142

## TRUSTEE REQUIREMENTS

The Trustee requires that Debtor(s) show a government (picture) ID and evidence of their social security number at the 341(a) Creditor's Meeting.

Debtors are to provide the Trustee with written documentation supporting income earnings as set forth in Schedule I of the debtor's case within 14 days of the filing of the case. If documents are not provided, the Trustee may move for dismissal of the case without further notice to the Debtor or creditors. Alternatively, the Trustee may seek an extension of time to file to move for dismissal if the Trustee is investigating assets of the estate, without further notice to the Debtor or creditors.

**Debtors and debtors' attorneys must review the Standing Administration Guidelines immediately to comply with the production of supporting documentation of material represented in the Schedules and Statement of Financial Affairs. Failure to do so in a timely manner may result in continuances of Meetings and additional appearances.** The Standing Administration Guidelines are available on the internet at:

http://www.casb.uscourts.gov/pdf/guidelines.pdf

## DISMISSAL OF CASE

Notice is given that this case will be dismissed if the debtor(s) fails to pay the filing fee pursuant to the Rules of Bankruptcy Procedure 1006. This dismissal will occur without further notice.

Furthermore, notice is given that if the Debtor fails to file schedules, statements or other documents required by the Rules of Bankruptcy Procedure 1007 and/or 11 U.S.C. 521, or if the Debtor or Joint Debtor fails to appear at the §341(a) meeting that the Court, Trustee or U.S. Trustee may move for dismissal of the case without further notice to the Debtor or creditors.

## NOTICE OF FILING OF FINANCIAL MANAGEMENT COURSE CERTIFICATE

Notice is given that this case will be closed with no discharge if the debtor(s) fail to file the required Financial Management Course Certificate within 60 days after the first date set for the meeting of creditors under §341.

## BANKRUPTCY FRAUD

If you have information regarding any bankruptcy fraud or abuse, please contact the United States Trustee in writing at 402 West Broadway, Suite 600, San Diego, CA 92101 and/or by calling 619−557−5013.

For the Court:

Barry K. Lander, Clerk
United States Bankruptcy Court
Dated: 7/29/11    Southern District of California

```
                          United States Bankruptcy Court
                          Southern District of California
In re:                                                      Case No. 11-12418-MM
David Henry Heil                                            Chapter 7
         Debtor               CERTIFICATE OF NOTICE
District/off: 0974-3          User: nrobinson              Page 1 of 2                    Date Rcvd: Aug 01, 2011
                              Form ID: b9a                 Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2011.
db           +David Henry Heil,    2973 Manzanita View Road,    Alpine, CA 91901-3978
aty          +George H. Bye,    1901 First Avenue, First Floor,    San Diego, CA 92101-2356
smg          +Div. of Labor Standards Enforcement,    7575 Metropolitan Drive, Suite 210,
               San Diego, CA 92108-4424
smg           Dun & Bradstreet,    Attn: Lynne Roberts, 2nd Floor,    3501 Corporate Parkway,    PO Box 520,
               Center Valley, PA 18034-0520
smg          +State Board of Equalization,    P.O. Box 942879,    Sacramento, CA 94279-0001
12874181     +American Capital Ent,    42145 Lyndie Ln Ste 212,    Temecula, CA 92591-3791
12874185     +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
12874186     +Beno Investment Group, LLC,    P. O. Box 600126,    San Diego, CA 92160-0126
12874187     +California Business Bu,    1711 S Mountain Av,    Monrovia, CA 91016-4256
12874188     +California Business Bu,    Attention: Bankruptcy PO Box 5010,    Monrovia, CA 91017-7110
12874189     +California Business Bureau,    Attention: Bankruptcy PO Box 5010,    Monrovia, CA 91017-7110
12874194      Citibank USA,    Citicorp Credit Services/Attn: Centraliz,    Kansas City, MO 64195
12874196     +Cmre Financial Services Inc,    3075 E Imperial Hwy Ste,    Brea, CA 92821-6753
12874195     +Cmre Financial Services Inc,    3075 E Imperial Hwy Suite 200,    Brea, CA 92821-6753
12874207     +Pt Loma Fed Cr Union,    9420 Farnham,    San Diego, CA 92123-1359
12874206     +Pt Loma Fed Cr Union,    9420 Farnham Street,    San Diego, CA 92123-1359
12874208     +Security Credit Servic,    2653 W Oxford Loop,    Oxford, MS 38655-2929
12874209     +Security Credit Service,    PO Box 1156,    Oxford, MS 38655-1156
12874211     +Steve M. Larson,    C/O M. Dale Mills, Esq.,    275 E. Douglas Ave., Suite 102,
               El Cajon, CA 92020-4545
12874212    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   U. S. Bank,    P. O. Box 5220,    Cincinnati, OH 45201)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QNWOLF.COM Aug 02 2011 02:53:00      Nancy Wolf,    P.O. Box 420448,
               San Diego, CA 92142-0448
smg          +EDI: EDD.COM Aug 02 2011 02:53:00      Employment Develop. Dept., State of CA,
               Bankruptcy Unit - MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
smg           EDI: CALTAX.COM Aug 02 2011 02:53:00      Franchise Tax Board,    Attn:  Bankruptcy,
               P.O. Box 2952,    Sacramento, CA  95812-2952
ust           E-mail/Text: ustp.region15@usdoj.gov Aug 02 2011 03:10:01       United States Trustee,
               Office of the U.S. Trustee,    402 West Broadway, Suite 600,    San Diego, CA  92101-8511
12874182     +EDI: ACCE.COM Aug 02 2011 02:53:00      Asset Acceptance Llc,    PO Box 2036,
               Warren, MI 48090-2036
12874183     +EDI: ACCE.COM Aug 02 2011 02:53:00      Asset Acceptance Llc,    Attn: Bankruptcy PO Box 2036,
               Warren, MI 48090-2036
12874184     +EDI: BANKAMER2.COM Aug 02 2011 02:53:00      Bank Of America,    P. O. Box 1540,
               Rancho Cordova, CA 95741-1540
12874190     +EDI: CAPITALONE.COM Aug 02 2011 02:53:00      Capital One, N.a.,
               Capital One Bank (Usa) N.A. PO Box 30285,    Salt Lake City, UT 84130-0285
12874191     +EDI: CAPITALONE.COM Aug 02 2011 02:53:00      Capital One, N.a.,    PO Box 85520,
               Richmond, VA 23285-5520
12874192     +EDI: CHASE.COM Aug 02 2011 02:53:00      Chase,    201 N. Walnut St//De1-1027,
               Wilmington, DE 19801-2920
12874193     +EDI: CITICORP.COM Aug 02 2011 02:53:00      Citibank Usa,    PO Box 6497,
               Sioux Falls, SD 57117-6497
12874197      EDI: DISCOVER.COM Aug 02 2011 02:53:00      Discover Fin,    PO Box 15316,    Wilmington, DE 19850
12874198      EDI: DISCOVER.COM Aug 02 2011 02:53:00      Discover Fin,    PO Box 8003,    Hilliard, OH 43026
12874199     +EDI: TSYS2.COM Aug 02 2011 02:53:00      DSNB Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
12874201     +EDI: CALTAX.COM Aug 02 2011 02:53:00      Franchise Tax Board,    P. O. Box 942867,
               Sacramento, CA 94267-0001
12874202     +EDI: RESURGENT.COM Aug 02 2011 02:53:00      LVNV Funding LLC,    PO Box 740281,
               Houston, TX 77274-0281
12874203     +EDI: MID8.COM Aug 02 2011 02:53:00      Midland Credit Management,    PO Box 939019,
               San Diego, CA 92193-9019
12874204     +EDI: MID8.COM Aug 02 2011 02:53:00      Midland Credit Management,    8875 Aero Dr,
               San Diego, CA 92123-2255
12874205     +E-mail/Text: PARTNERS@PARTNERS-MO.COM Aug 02 2011 03:12:51      Partners Col,    403 Axminister,
               Fenton, MO 63026-2941
12874210     +EDI: CALTAX.COM Aug 02 2011 02:53:00      State of California,    Franchise Tax Board,
               P. O. Box 942857,    Sacramento, CA 94257-0001
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          United States Trustee,    Office of the U.S. Trustee,    402 West Broadway, Ste. 600,
               San Diego, CA  92101-8511
12874200*    +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0974-3          User: nrobinson             Page 2 of 2            Date Rcvd: Aug 01, 2011
                              Form ID: b9a                Total Noticed: 40

              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 03, 2011**                          **Signature:**     _Joseph Speetjens_